UNITED  STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR
VELOCITY COMMERCIAL
CAPITAL LOAN TRUST 2018-2,

               Plaintiff,             Case No. 19-cv-11553
      -vs-
                                   Hon. Terrence G. Berg

THE AGENCY REALTY
EXECUTIVES, LLC, et al.,

               Defendants.
_____/


**<ins>STIPULATION EXTENDING TIME</ins>**
**<ins>FOR DEFENDANT UNITED STATES TO FILE RESPONSE TO</ins>**
**<ins>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT,</ins>**
**<ins>FOR PLAINTIFF TO FILE REPLY AND</ins>**
**<ins>ADJOURNING HEARING WITHOUT DATE</ins>**

     The Plaintiff and the Defendant, United States of America, by and through

their respective, undersigned counsel, having conferred and agreed to engage in

settlement negotiations to attempt to resolve their respective claims without further

litigation, and the Court being otherwise fully advised in the premises; now,

therefore:

     **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff

and Defendant that the United States shall have until July 20, 2020 to file its

Response to Plaintiff's Motion for Summary Judgment against the United States (ECF No. 34), and that Plaintiff shall have until July 27, 2020, to file its Reply.

**IT IS FURTHER STIPULATED AND AGREED** that the hearing scheduled for May 6, 2020, be adjourned until further notice, without date.

## ORDER GRANTING STIPULATION IN PART

The United States shall have until June 1, 2020 to file its Response to Plaintiff's Motion for Summary Judgment against the United States (ECF No. 34), and the Plaintiff shall have until June 8, 2020 to file its Reply.

The hearing scheduled for May 6, 2020, be adjourned until further notice, without date.

**IT IS SO ORDERED.**

/s/Terrence G. Berg_____
HON. TERRENCE G. BERG
United States District Judge

Dated: April 21, 2020

Approved for entry:

MATTHEW SCHNEIDER
United States Attorney
/s/ T.N. Ziedas_____
T.N. ZIEDAS (P34653)
Attorney for Defendant United States
211 W. Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-9573
peter.ziedas@usdoj.gov

ROBBINS KELLY PATTERSON &
TUCKER
/s/ Zachary D. Prendergast (w/consent)
ZACHARY D. PRENDERGAST
Attorney for Plaintiff
7 West Seventh St., Ste. 1400
Cincinnati, OH 45202
(513) 721-3330
zpendergast@rkpt.com