UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR VELOCITY COMMERICAL CAPITAL LOAN TRUST 2018-2 | : : : : : | CASE NO. 2:19-CV-11553 |
| Plaintiff, | : : | (Judge Terrence G. Berg) |
| vs. | : : | |
| THE AGENCY REALTY EXECUTIVES, LLC, et al., | : : : : | **NOTICE OF FILING RECEIVER REPORT** |
| Defendants. | : | |

### Final Receiver Report

June 30, 2020

Now comes Prodigy Properties (the "Receiver") and in accordance with the ORDER APPOINTING RECEIVER, entered into this Court on December 23, 2019, the following report is being submitted.

The Oath of Receiver and required bond in the amount of $1,000.00 was filed with the Clerk of Courts.

The Receivership consists of a single family rental house situated in Wayne County, and commonly known as 6565 Rockland Street, Dearborn Heights, MI 48127, which makes up the Receivership "Property".

In accordance with the Order Appointing Receiver, Section 7, the Receiver has hired the management arm of Prodigy Properties to manage the Property and to be paid for their services subject to Exhibit C of the Order Appointing Receiver.

The Receiver made multiple attempts to contact the occupants of the Property by U.S. Mail, UPS and a personal visit to the Property by the Receiver. The occupants never responded. The Receiver filed an eviction action against them for non-payment of rent.

The Plaintiff and Defendant subsequently settled this case and the Receiver dismissed the pending eviction case against the tenant of the Property.

Attached as Exhibit 1 is a bank register showing all income collected and all expenses paid by the Receiver. Attached, as Exhibit 2, is the Receiver's invoice for the entire Receivership. The balance owed to the Receiver, in the amount of $732.70, is being paid directly to the Receiver by the Plaintiff. The Receiver is not in possession of any money, or assets of the Receivership. There is no longer a need for this Receivership.

Should any party wish to discuss any aspect of this report in further detail I will be happy to do so.

Respectfully Submitted,

Jeff Lane
*Court Appointed Receiver*
5254 Ridge Ave. Suite 1
Cincinnati, OH 45213
Phone: (513) 841-7000
Fax:   (513) 351-7367
E-mail: jeff@prodigyprop.com

## LEDGER
### The Agency Realty Executives, LLC, et al.,
### United States District Court Eastern District of Michigan Southern Divising
### Case No. 2:19-cv-11553

| Date | | Credit | Debit | Total |
|---|---|---|---|---|
| 2/13/2020 | Rent Income | $ 1,000.00 | | $ 1,000.00 |
| 2/13/2020 | Rent Income | $ 800.00 | | $ 1,800.00 |
| 2/25/2020 | Rent Income | $ 1,000.00 | | $ 2,800.00 |
| 2/25/2020 | Rent Income | $ 990.00 | | $ 3,790.00 |
| 6/30/2020 | Receiver Invoice #20148 | | $ 3,790.00 | $ 0.00 |

EXHIBIT 1



**EXHIBIT 2** 5.28.20

**INVOICE SUBMITTED TO:**

Agency Realty Executives

billing for: December 2019 - May 2020

**INVOICE:** 20148

### MAINTENANCE SERVICES

| | | | HRS / RATE | AMOUNT |
|---|---|---|---|---|
| **TOTAL MAINTENANCE SERVICES** | | | | $ - |

### PROFESSIONAL SERVICES

| Date | | Description | HRS / RATE | AMOUNT |
|---|---|---|---|---|
| 1.15.20 | SS | researching attorneys to handle evictions in area | 1.00/95.00 | $ 95.00 |
| 1.29.20 | SS | prepare documentation, send to attorney for review | 1.50/95.00 | $ 142.50 |
| 1.30.20 | SS | finalizing documents for mailing in original eviction case | 0.50/95.00 | $ 47.50 |
| 2.26.20 | SS | discussion with attorney/clerk regarding judgement received | 1.00/95.00 | $ 95.00 |
| 2.26.20 | SS | communicate with attorney regarding new filing for possession with no payment accepted | 1.00/95.00 | $ 95.00 |
| 2.26.20 | SS | prepare new documents for new filing for possession to send to attorney | 1.00/95.00 | $ 95.00 |
| 3.27.20 | SS | follow up with attorney regarding court dates | 1.00/95.00 | $ 95.00 |
| 4.23.20 | SS | communication with attorney for dismissal of eviction case | 0.50/95.00 | $ 47.50 |
| **TOTAL PROFESSIONAL SERVICES** | | | | **$ 712.50** |

### RECEIVER SERVICES

| Date | Description | | | AMOUNT |
|---|---|---|---|---|
| 5.2020 | prepare, file and serve receiver report | | FLAT | $ 150.00 |
| **TOTAL RECEIVER SERVICES** | | | | **$ 150.00** |

### MANAGEMENT FEE

| Date | Description | | | AMOUNT |
|---|---|---|---|---|
| 12.2019 | start up fee | | FLAT | $ 500.00 |
| 12.2019 | monthly mgmt fees | | FLAT | $ 150.00 |
| 1.2020 | monthly mgmt fees | | FLAT | $ 150.00 |
| 2.2020 | monthly mgmt fees | | FLAT | $ 150.00 |
| 3.2020 | monthly mgmt fees | | FLAT | $ 150.00 |
| 4.2020 | monthly mgmt fees | | FLAT | $ 150.00 |
| 5.2020 | monthly mgmt fees | | FLAT | $ 150.00 |
| 5.2020 | wind down fee | | FLAT | $ 500.00 |
| **TOTAL MANAGEMENT SERVICES** | | | | **$ 1,900.00** |

### CONTRACTORS PAID

| CONTRACTOR | SERVICE | | | AMOUNT |
|---|---|---|---|---|
| Aaron D. Cox, PLLC | legal research, drafting of motion for order of eviction, filing and service fees | | FLAT | $ 1,660.20 |
| **TOTAL** | | | | **$ 1,660.20** |

Continued on next page.

5254 Ridge Ave. Suite 1 | Cincinnati, Oh. 45213 | p. 513.841.7000 | f. 513.351.7367 | www.prodigyprop.com



**COSTS ADVANCED**

| | | | | | |
|---|---|---|---|---|---|
| Bond | receiver's bond | | FLAT | $ | 100.00 |
| **TOTAL** | | | | $ | **100.00** |

| | | | | |
|---|---|---|---|---|
| INVOICE | 20148 | | $ | 4,522.70 |
| LESS PAYMENT | | | $ | (3,790.00) |
| **TOTAL DUE** | | | $ | **732.70** |

5254 Ridge Ave. Suite 1 | Cincinnati, Oh. 45213 | p. 513.841.7000 | f. 513.351.7367 | www.prodigyprop.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice was sent by ordinary United States mail, postage prepaid, to the following on this 2 day of July 2020.

T.N. Ziedas, Esq.
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
*Attorney for Defendant United States of America,*
*Department of the Treasury, Internal Revenue Service*

Moe Freedman, Esq.
Assistant Attorney General
SCFRA & Collections
3030 W. Grand Blvd., Ste 10-400
Detroit, MI 48202
*Attorneys for Michigan Dept. of Treasury*

The Agency Realty Executives, LLC
c/o Fadi Dabaja, Registered Agent
6271 Schaefer
Dearborn, MI 48126

Fred Dabaja a/k/a Fadi Dabaja
6137 Fairwood Dr.
Dearborn Heights, MI 48127

Jane Doe, Unknown Spouse of
Fred Dabaja a/k/a Fadi Dabaja
6137 Fairwood Dr.
Dearborn Heights, MI 48127

Lendinghome Funding Corp.
c/o CSC-Lawyers Inc. Services
Registered Agent
601 Abbot Road
East Lansing, MI 48823

Mohamad Taha
6565 Rockland St.
Dearborn Heights, MI 48127

Unknown Tenant
6565 Rockland St.
Dearborn Heights, MI 48127

_____
Jeff Lane, Receiver