UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

U.S. Bank National Association
as Trustee for Velocity
Commercial Capital Loan Trust
2018–2,

                       Plaintiff(s),

v.                                      Case No. 2:19–cv–11553–TGB–MKM
                                            Hon. Terrence G. Berg

The Agency Realty Executives,
LLC, et al.,

                       Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Terrence G. Berg as follows:

- MISCELLANEOUS HEARING:  September 28, 2020 at 10:00 AM

    The conference shall be initiated by counsel for plaintiff.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:**   Counsel for plaintiff shall initiate the call and include the Court when all parties are present by calling (313) 234–2640.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                           By: s/A Chubb
                                                              Case Manager

Dated:   September 23, 2020